# Court of Appeals
# of the State of Georgia

ATLANTA, November 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0094.  JONATHAN B. REID, JR. v. THE STATE.**

On October 18, 2013, Jonathan B. Reid, Jr., filed, in this Court, a pro se document which was docketed as an application for discretionary review.  In this filing, Reid raises challenges to the procedures employed during his arrest and subsequent criminal proceedings.  The only order attached to Reid's application, however, is a August 3, 2012 order setting his pre-trial bond at $200,000.[1]

Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (e), an application for discretionary review must include a copy of the order being appealed. In addition, pursuant to OCGA § 5-6-35 (d), an application must be filed within 30 days of entry of the order being challenged.  "The requirements of O.C.G.A. § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).

Here, Reid has provided a copy of his bond order, but he does not appear to be seeking an appeal from that order.  Moreover, his application is untimely as to that order, as it was filed 441 days after that order was entered.

Under these circumstances, we lack jurisdiction to consider Reid's request for appellate review.  Accordingly, this application is hereby DISMISSED.

---

[1] According to his application, Reid was convicted and received a 20-year sentence.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 11/18/2013
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*